UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NANETTE GLADYS NOEL,

    Plaintiff,

v.

CAROLYN W. COLVIN,

    Defendant.
    _____/

Case No. 14-cv-11009

HONORABLE STEPHEN J. MURPHY, III

**ORDER ADOPTING REPORT AND RECOMMENDATION**
(document no. 14), **GRANTING NOEL'S MOTION FOR SUMMARY JUDGMENT** (document no. 10), **DENYING COLVIN'S MOTION FOR SUMMARY JUDGMENT** (document no. 13), **AND REMANDING CASE**

    The Social Security Administration denied plaintiff and claimant Nanette Gladys Noel's application for a period of disability and disability insurance benefits in a decision issued by an Administrative Law Judge on December 3, 2012. After the SSA Appeals Council declined to review the decision, Noel appealed to this Court. The Court referred the matter to a United States Magistrate Judge, and the parties filed cross-motions for summary judgment. ECF Nos. 10, 13. On March 10, 2015, the magistrate judge issued a Report and Recommendation suggesting the Court grant Noel's motion, deny Colvin's motion, and remand the case. Report, ECF No. 14.

    Under Civil Rule 72(b), each party had fourteen days from the date of service to file any written objections to the recommended disposition. Neither party has filed objections. *See* Notice, ECF No. 15. De novo review of the magistrate judge's findings is therefore not required. See Fed. R. Civ. P. 72(b)(3). The Court has reviewed the file and the Report, and finds the magistrate judge's analysis is proper. Accordingly, the Court adopts the Report's findings and conclusions, and will enter judgment accordingly.

## ORDER

**WHEREFORE**, it is hereby **ORDERED** that the magistrate judge's Report and Recommendation (document no. 14) is **ADOPTED**.

**IT IS FURTHER ORDERED** that Noel's Motion for Summary Judgment (document no. 10) is **GRANTED**.

**IT IS FURTHER ORDERED** that Colvin's Motion for Summary Judgment (document no. 13) is **DENIED.**

**IT IS FURTHER ORDERED** that the case be **REMANDED** to the administrative level for further administrative proceedings.

**SO ORDERED**.

s/Stephen J. Murphy, III
STEPHEN J. MURPHY, III
United States District Judge

Dated: March 31, 2015

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 31, 2015, by electronic and/or ordinary mail.

s/Carol Cohron
Case Manager